AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-14013

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:      Dmitriy Babenko


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

---

# Summons and Complaint Return of Service

---

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Dmitriy Babenko

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Dmitriy Bababenko


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
             *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Dmitriy Bababenko

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Drosborne

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Drosborne

Date of Service:    _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:      Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

            _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

**SUMMONS IN A CIVIL ACTION**

To:     JingJing Huang


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   JingJing Huang

Date of Service: _____

## Method of Service

____   Personally served at this address:

\
\
\

____   Left copies at the usual place of abode with (name of person):

\
\
\

____   Other (specify):

\
\
\

____   Returned unexecuted (reason):

\
\
\

## Service Fees:   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

\

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

North Atlantic Operating Company, Inc., et al  )
)
)
*Plaintiff,*  )
)
v.  )
)
Dmitriy Babenko, et al  )
)
)
*Defendant.*  )

Civil Action No.  15-14013

Hon.  Terrence G. Berg

### SUMMONS IN A CIVIL ACTION

To:     Alice Huang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah J. Swedlow
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Alice Huang

Date of Service:   _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Huapur_6233

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Deborah J. Swedlow
>    Honigman Miller Schwartz and Cohn LLP
>    315 East Eisenhower Parkway
>    Suite 100
>    Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Huapur_6233

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Zak Purcell


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: __s/Andrea Teets_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance: __November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Zak Purcell

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Essentialsavings

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Essentialsavings

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Matthew Yahes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Matthew Yahes

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

**SUMMONS IN A CIVIL ACTION**

To:     Planet Earth

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Planet Earth


Date of Service:    _____

## Method of Service

____    Personally served at this address:
_____
_____
_____


____    Left copies at the usual place of abode with (name of person):
_____
_____
_____


____    Other (specify):
_____
_____
_____


____    Returned unexecuted (reason):
_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

<table>
<tr><td>North Atlantic Operating Company, Inc., et al<br><br><br><i>Plaintiff,</i><br><br>v.<br><br>Dmitriy Babenko, et al<br><br><br><i>Defendant.</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  15-14013<br><br><br>Hon.  Terrence G. Berg</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To:     Ebay Seller Travllingmatt834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Travllingmatt834

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:     Mimi Nguyen

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
  *Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mimi Nguyen

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Mimifbabyy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Mimifbabyy

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Honestfisherman2015


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Honestfisherman2015

Date of Service: _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Honestvalues1


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Honestvalues1

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Narek Nazaryan


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Narek Nazaryan

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Hookupdealsforyou

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Hookupdealsforyou

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al ) | |
| ) | |
| ) | Civil Action No.  15-14013 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al ) | |
| ) | |
| ) | |
| *Defendant.* ) | |

### SUMMONS IN A CIVIL ACTION

To:    Michael Boyter


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013

Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Michael Boyter

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____     Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Truescope09

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Deborah J. Swedlow
        Honigman Miller Schwartz and Cohn LLP
        315 East Eisenhower Parkway
        Suite 100
        Ann Arbor, MI 48108-3330

        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets

        *Signature of Clerk or Deputy Clerk*

        Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Truescope09

Date of Service:    _____

## Method of Service

_____    Personally served at this address:

_____    Left copies at the usual place of abode with (name of person):

_____    Other (specify):

_____    Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Harvey Dan


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Harvey Dan


Date of Service:      _____


## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:      _____

Signature of Server:    _____

Date:          _____

Server's Address:    _____
            _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:      Speedzone

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Speedzone

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Harda-Enlhui


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013

Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Harda-Enlhui

Date of Service:    _____

## Method of Service

____ Personally served at this address:

_____

_____

_____

____ Left copies at the usual place of abode with (name of person):

_____

_____

_____

____ Other (specify):

_____

_____

_____

____ Returned unexecuted (reason):

_____

_____

_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Jaime Ortiz


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Jaime Ortiz

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Auctionlegends

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Auctionlegends


Date of Service:    _____


## Method of Service

____    Personally served at this address:
_____
_____
_____


____    Left copies at the usual place of abode with (name of person):
_____
_____
_____


____    Other (specify):
_____
_____
_____


____    Returned unexecuted (reason):
_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-14013

Hon.  Terrence G. Berg

### SUMMONS IN A CIVIL ACTION

To:     Aliaksandr Zhelezniak

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Aliaksandr Zhelezniak

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Alex Shvarz

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Alex Shvarz

Date of Service: _____

## Method of Service

\_\_\_\_   Personally served at this address:

_____
_____
_____

\_\_\_\_   Left copies at the usual place of abode with (name of person):

_____
_____
_____

\_\_\_\_   Other (specify):

_____
_____
_____

\_\_\_\_   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller 123Zhelezniak

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>    Deborah J. Swedlow
>    Honigman Miller Schwartz and Cohn LLP
>    315 East Eisenhower Parkway
>    Suite 100
>    Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller 123Zhelezniak

Date of Service:    _____

## Method of Service

____    Personally served at this address:

    _____
    _____
    _____

____    Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____    Other (specify):

    _____
    _____
    _____

____    Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Areg Nazarian

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Areg Nazarian

Date of Service:    _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Andre Yerkanyan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Andre Yerkanyan

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No. 15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon. Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Yerka_US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>        Deborah J. Swedlow
>        Honigman Miller Schwartz and Cohn LLP
>        315 East Eisenhower Parkway
>        Suite 100
>        Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Yerka_US

Date of Service:    _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:      Kale Huang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Kale Huang

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Kal Huang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Kal Huang

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-14013

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Kyystore

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-14013
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Kyystore

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Kal Tek_Shop

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Kal Tek_Shop

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon. Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Kal Huang

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah J. Swedlow
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Kal Huang

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:    _____

Date:           _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Andrew Russell


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Andrew Russell

Date of Service:    _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Dollarplusdiscount1

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Dollarplusdiscount1

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Ryan Davis

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ryan Davis

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller PHAE89

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller PHAE89

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al ) | |
| ) | |
| ) | Civil Action No.  15-14013 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| Dmitriy Babenko, et al ) | Hon.  Terrence G. Berg |
| ) | |
| ) | |
| *Defendant.* ) | |

## SUMMONS IN A CIVIL ACTION

To:     lio Lamb-Bellfield

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    lio Lamb-Bellfield

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:       Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-14013

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:     Iio Bellfield

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    lio Bellfield

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Luccabrazzi125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Luccabrazzi125


Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al ) | |
| ) | |
| ) | Civil Action No.  15-14013 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al ) | |
| ) | |
| ) | |
| *Defendant.* ) | |

## SUMMONS IN A CIVIL ACTION

To:     Voltcandy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Voltcandy

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Voltcandy

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Voltcandy

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Gary Lo

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Gary Lo

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:      Ebay Seller Disountvapor4you

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Disountvapor4you

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____

_____

_____

____    Left copies at the usual place of abode with (name of person):

_____

_____

_____

____    Other (specify):

_____

_____

_____

____    Returned unexecuted (reason):

_____

_____

_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al <br><br> *Plaintiff,* <br><br> v. <br><br> Dmitriy Babenko, et al <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 15-14013

Hon. Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:     Shaye Souza

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Shaye Souza

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-14013

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:     I.U. Fulfillment Services

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    I.U. Fulfillment Services

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Industryupgrade

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Industryupgrade

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Benjamin Saunders


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Benjamin Saunders

Date of Service:    _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Bigbenbargains

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Bigbenbargains

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Carlton Smith


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Carlton Smith

Date of Service:    _____

## Method of Service

____  Personally served at this address:

____  Left copies at the usual place of abode with (name of person):

____  Other (specify):

____  Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

North Atlantic Operating Company, Inc., et al )
)
)
*Plaintiff,* )          Civil Action No.  15-14013
)
v. )
)
Dmitriy Babenko, et al )          Hon.  Terrence G. Berg
)
)
*Defendant.* )

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Smicarltsmit

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah J. Swedlow
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Smicarltsmit

Date of Service: _____

## Method of Service

____    Personally served at this address:

    _____
    _____
    _____

____    Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____    Other (specify):

    _____
    _____
    _____

____    Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
    _____
    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Anle Pan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Anle Pan

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| | ) |
| *Plaintiff,* | )    Civil Action No. 15-14013 |
| | ) |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | )    Hon. Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:     Super Home Variety Store

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Super Home Variety Store

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

<table>
<tr><td>North Atlantic Operating Company, Inc., et al<br><br><br><i>Plaintiff,</i><br><br>v.<br><br>Dmitriy Babenko, et al<br><br><br><i>Defendant.</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  15-14013<br><br><br><br>Hon.  Terrence G. Berg</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Anlpa91

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Anlpa91

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Dhawal Soni

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Dhawal Soni

Date of Service:   _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Dhaw_US2014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Dhaw_US2014

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      JSZ Investments LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    JSZ Investments LLC

Date of Service: _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | Civil Action No.  15-14013 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Terrence G. Berg |
| Dmitriy Babenko, et al | ) | |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Items Outlet


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
     *Signature of Clerk or Deputy Clerk*

     Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Items Outlet

Date of Service: _____

## Method of Service

_____    Personally served at this address:

_____
_____
_____

_____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

_____    Other (specify):

_____
_____
_____

_____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Ebay Seller Items_Outlet

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Items_Outlet

Date of Service:    _____

## Method of Service

_____  Personally served at this address:

_____  Left copies at the usual place of abode with (name of person):

_____  Other (specify):

_____  Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Misspartyclub

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _s/Andrea Teets_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Misspartyclub

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

## Service Fees:       Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

North Atlantic Operating Company, Inc., et al )
)
)
*Plaintiff,* )          Civil Action No.  15-14013
)
v. )
)
Dmitriy Babenko, et al )          Hon.  Terrence G. Berg
)
)
*Defendant.* )

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Gendaitech

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Deborah J. Swedlow
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Gendaitech


Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-14013 |
| | ) |
| v. | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:      Laszlo Tolgyes

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>      Deborah J. Swedlow
>      Honigman Miller Schwartz and Cohn LLP
>      315 East Eisenhower Parkway
>      Suite 100
>      Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Laszlo Tolgyes

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No. 15-14013 |
| | ) |
| v. | ) |
| Dmitriy Babenko, et al | ) Hon. Terrence G. Berg |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Defonseca LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Defonseca LLC

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

North Atlantic Operating Company, Inc., et al )
)
)
*Plaintiff,*  )        Civil Action No.  15-14013
)
v.  )
)
Dmitriy Babenko, et al  )        Hon.  Terrence G. Berg
)
)
*Defendant.*  )

## SUMMONS IN A CIVIL ACTION

To:      Ebay Seller Pompanobeach


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Deborah J. Swedlow
      Honigman Miller Schwartz and Cohn LLP
      315 East Eisenhower Parkway
      Suite 100
      Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
      *Signature of Clerk or Deputy Clerk*

      Date of Issuance:   November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Pompanobeach

Date of Service: _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| North Atlantic Operating Company, Inc., et al | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) Civil Action No.  15-14013 |
| v. | ) |
| | ) |
| Dmitriy Babenko, et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Zhangqi Pan

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Zhangqi Pan

Date of Service:    _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Ryan Pan

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Deborah J. Swedlow
        Honigman Miller Schwartz and Cohn LLP
        315 East Eisenhower Parkway
        Suite 100
        Ann Arbor, MI 48108-3330

        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/Andrea Teets_____
        *Signature of Clerk or Deputy Clerk*

        Date of Issuance:  _November 20, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ryan Pan


Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____


____    Left copies at the usual place of abode with (name of person):

_____
_____
_____


____    Other (specify):

_____
_____
_____


____    Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Ryan0201168


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Ryan0201168

Date of Service:    _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:  _____

Date:        _____

Server's Address:    _____

        _____
        _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

|  |  |  |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Francis Ferland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Deborah J. Swedlow
> Honigman Miller Schwartz and Cohn LLP
> 315 East Eisenhower Parkway
> Suite 100
> Ann Arbor, MI 48108-3330

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/Andrea Teets
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  November 20, 2015
_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Francis Ferland

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____


____  Left copies at the usual place of abode with (name of person):

_____
_____
_____


____  Other (specify):

_____
_____
_____


____  Returned unexecuted (reason):

_____
_____
_____


## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| North Atlantic Operating Company, Inc., et al | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-14013 |
| | ) | |
| v. | ) | |
| Dmitriy Babenko, et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Ebay Seller Bestdealmontreal

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Deborah J. Swedlow
        Honigman Miller Schwartz and Cohn LLP
        315 East Eisenhower Parkway
        Suite 100
        Ann Arbor, MI 48108-3330

        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/Andrea Teets
        *Signature of Clerk or Deputy Clerk*

        Date of Issuance:  November 20, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-14013
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Ebay Seller Bestdealmontreal

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____