# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> DMITRIY BABENKO, et al. <br><br> Defendants. | CIVIL ACTION NO. 4:15-cv-14013-TGB-DRG <br><br> **Honorable Terrence G. Berg** |

## ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Upon Notice by Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, L.P. (together, "North Atlantic") voluntarily dismissing, without prejudice, all claims against Defendants Michael Boyter and eBay Seller truescope09 (together, the "Boyter Defendants"), and for good cause shown:

**IT IS HEREBY ORDERED** that all claims against the Boyter Defendants are dismissed, without prejudice, in connection with the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will assume its own attorneys' fees and costs.

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated:       February 22, 2016

20923940.1