# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NORTH ATLANTIC
OPERATING COMPANY,
INC.; NATIONAL TOBACCO
COMPANY, L.P.,

          Plaintiff,

v.

JINGJING JUANG, et al.,

          Defendants.

Case No. 15-14013
Hon. Terrence G. Berg

## ENTRY OF DEFAULT JUDGMENT FOLLOWING ORDERS GRANTING PLAINTIFFS' MOTIONS FOR DEFAULT JUDGMENT AS TO CERTAIN DEFENDANTS

This matter is before the Court on Plaintiff North Atlantic Operating Company, Inc. and Plaintiff National Tobacco Company, L.P.'s Application for Entry of Default Judgment. Dkt. 286. On May 9, 2017, the Court granted in part Plaintiffs' Motion for Default Judgment. Dkt. 276. That order also awarded statutory damages in the amount of $200,000 per group of defendants and ordered Plaintiffs to submit an accounting of its attorneys' fees, costs, and investigative fees. *Id.* at Pg ID 2416-17. Plaintiffs submitted the requested information, Dkt. 277, 278, and the Court issued an order awarding fees and costs in the amount of $333,519.59. Dkt. 284 at

1

Pg ID 2529. Divided among the fourteen defendants against whom the Court granted default judgment, the fees and costs award amounts to $23,822.83 per group. In total, the statutory damages and fees and costs awarded to Plaintiffs are $3,133,519.59, or $223,822.83 per group of defendants. Plaintiffs now seek entry of default judgment in the amounts previously awarded, set forth in a separate document pursuant to Federal Rule of Civil Procedure 58 and Local Rule 58.1.

Accordingly, it is ORDERED AND ADJUDGED that judgment be entered in favor Plaintiffs against the following groups of defendants, jointly and severally, in the amount of $223,822.83 per group:

(a) Francis Ferland and eBay Seller bestdealmontreal;

(b) Kale Huang, Kal Huang, and eBay Sellers Kyystore and Kaltek-Shop;

(c) Mimi Nguyen and eBay Sellers mimifbabyy, honestfisherman2015, and honestvalues1;

(d) Narek Nazaryan and eBay Seller hookupdealsforyou;

(e) Harvey Dan, Speedzone, and eBay Seller harda-enlhui;

(f) Jaime Ortiz and eBay Seller auctionlegends;

(g) Andrew Russell and eBay Seller dollarplusdiscount1;

(h) DHGate Seller jackyhu;

(i) DHGate Seller cngzss;

(j)   DHGate Seller cngzss1;

(k)   DHGate Seller kathy0577;

(l)   JingJing Huang, Alice Huang, and eBay Seller HUAPUR_6233;

(m)  Anle Pan, Super Home Variety Store, Inc., and eBay Seller ANLPA91; and

(n)   Zhangqi Pan, Ryan Pan, and eBay Seller RYAN0201168.

This case remains open and pending as to the remaining defendants.

**SO ORDERED.**

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2018.

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on September 10, 2018.

s/A. Chubb
Case Manager