# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

NORTH ATLANTIC
OPERATING COMPANY,
INC. and NATIONAL
TOBACCO COMPANY, L.P,

          Plaintiffs,

v.

BABENKO, et al.

          Defendants.

Case No. 15-14013
Hon. Terrence G. Berg

## ORDER DISMISSING CASE

During a telephone status conference on September 19, 2018, counsel for Plaintiffs indicated that all defendants had either settled or defaulted. The Court agreed to keep the case open for 30 days to allow Plaintiffs to confirm effective service of the judgments. There now being no pending matters in this case before the Court, the case is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED.**

Dated: December 21, 2018    s/Terrence G. Berg
                                          TERRENCE G. BERG
                                          UNITED STATES DISTRICT JUDGE

**Certificate of Service**

    I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 21, 2018.

                        s/A. Chubb
                        Case Manager